**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION**

| | | |
|---|---|---|
| KRYSTAL OWENS, | ) | C.A. NO. 2:25-CV-13948-RMG |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **DEFENDANTS' ANSWERS TO LOCAL** |
| STEVEN LAMONT SMITH AND | ) | **RULE 26.01 INTERROGATORIES** |
| ROGER BETTIS TRUCKING, INC. | ) | |
| D/B/A GREEN LINES | ) | |
| TRANSPORTATION, | ) | |
| | ) | |
| DEFENDANTS. | ) | |

(A) State the full name, address and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest.

**ANSWER:** None known at this time.

(B) As to each claim, state whether it should be tried jury or nonjury and why.

**ANSWER:** Jury trial, as requested by Plaintiff.

(C) State whether the party submitting these responses is a publicly owned company and separately identify: (1) each publicly owned company of which it is a parent, subsidiary, partner, or affiliate; (2) each publicly owned company which owns ten percent or more of the outstanding shares or other indicia of ownership of the party; and (3) each publicly owned company in which the party owns ten percent or more of the outstanding shares.

**ANSWER:** Roger Bettis Trucking, Inc. d/b/a Green Lines Transportation is a private corporation. Steven Lamont Smith is a private citizen.

(D) State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division).

**ANSWER:** According to the Complaint: diversity jurisdiction and the amount in controversy.

(E) Is this action related in whole or in part to any other matter filed in this District, whether civil or criminal? If so, provide: (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action. Counsel should disclose any cases which *may be* related such that they should be assigned to a single judge will be determined by the Clerk of Court based on a determination of whether the cases; arise from the same or identical transaction, happenings or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.

**ANSWER**: The Defendants are not aware of any related matters.

(F) [Defendants only.] If the defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflecting the correct identification.

**ANSWER:** The Defendants are properly identified.

(G) [Defendants only] If you contend that some other person or legal entity is, in whole or in part, liable to you or the party asserting a claim against you in this matter, identify such person or entity and describe the basis of said liability.

**ANSWER:** No additional parties are known, and the Defendants crave reference to their Answer.

(H) Parties or Intervenors in a Diversity Case. In an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), a party or intervenor must, unless the court orders otherwise, name – and identify the citizenship of - every individual or entity whose citizenship is attributed to that party or intervenor. This response must be supplemented when any later even occurs that could affect the court's jurisdiction under § 1332(a).

**ANSWER:** Defendant Roger Bettis Trucking, Inc. d/b/a Green Lines Transportation is an Ohio corporation with its principal place of business located at 7089 Alliance Road NW, Malvern, OH 44644. Steven Lamont Smith is a citizen of North Carolina.

CLEMENT RIVERS, LLP

By: *s/Duke R. Highfield*
Duke R. Highfield, FedID# 5654
Victoria L. Anderson, FedID# 11708
25 Calhoun Street, Suite 400
Charleston, SC  29401
(843) 720-5456
dhighfield@ycrlaw.com
tanderson@ycrlaw.com
*Attorneys for Defendants*

Charleston, South Carolina

February 26, 2026